AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

DAVID HEMENWAY

V.

NCO FINANCIAL SYSTEMS, INC. and KEVIN SIMMONS, Jointly and Severally

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 10933

JUDGE JONES

TO: (Name and address of Defendant)

NCO Financial Systems, Inc.
500 North Franklin Tpke
P.O. Box 585
Ramsey, NJ 07446

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brent E. Pelton, Esq.
Pelton Serpe LLP
111 Broadway, 9th Floor
New York, New York 10006

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE  NOV 3 0 2007

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: PELTON SERPE LLP

DAVID HEMENWAY

Plaintiff(s)

- against -

Index # 07 CV 10933

NCO FINANCIAL SYSTEMS, INC., ETANO

Purchased November 30, 2007
File # 85 (D) WC (85)

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 17, 2007 at 12:30 PM at

500 NORTH FRANKLIN TURNPIKE
P.O. BOX 585
RAMSEY, NJ 07446

deponent served the within SUMMONS AND COMPLAINT on NCO FINANCIAL SYSTEMS, INC. therein named,

CORPORATION  a DOMESTIC corporation by delivering thereat a true copy of each to JOE NICHOLAS personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 42 | 5'10 | 195 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 9, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

DAN KNIGHT

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

Invoice #: 452854

*DUPLICATE*