AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

DAVID HEMENWAY

V.

NCO FINANCIAL SYSTEMS, INC. and KEVIN SIMMONS, Jointly and Severally

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 10933**

JUDGE JONES

TO: (Name and address of Defendant)

Kevin Simmons
500 North Franklin Tpke
P.O. Box 585
Ramsey, NJ 07446

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brent E. Pelton, Esq.
Pelton Serpe LLP
111 Broadway, 9th Floor
New York, New York 10006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                      DATE    NOV 3 0 2007

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: PELTON SERPE LLP

DAVID HEMENWAY

                                                Plaintiff(s)

- against -    Index # 07 CV 10933

NCO FINANCIAL SYSTEMS, INC., ETANO    Purchased November 30, 2007
                                            Defendant(s)    File # 85 (D) WC (85)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 17, 2007 at 12:30 PM at

500 NORTH FRANKLIN TURNPIKE
P.O. BOX 585
RAMSEY, NJ 07446

deponent served the within SUMMONS AND COMPLAINT on KEVIN SIMMONS therein named.

**SUITABLE AGE**   by delivering thereat a true copy of each to JOE NICHOLAS a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 42 | 5'10 | 195 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

500 NORTH FRANKLIN TURNPIKE
P.O. BOX 585
RAMSEY, NJ 07446

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on December 17, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**   Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 9, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

DAN KNIGHT

Invoice #: 452854

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728