## THE LAW OFFICES OF EDWARD GARFINKEL

ATTORNEYS AT LAW
110 WILLIAM STREET
NEW YORK, NEW YORK 10038-3901
(212) 809-8000
TELECOPIER (212) 344-8263

EDWARD GARFINKEL

HELENE TEPER
ANDREW M. BERNSTEIN
DAVID PERSKY
STEVEN A. ADLER
ELIZABETH A. GRIFFIN
LOWELL BURTON
STEVEN J. HARKAVY
PAUL J. TERRANOVA
HEIDI M. WEISS
KEVIN BARRY McHUGH
JEANNE A. CYGAN
BARRY R. TEMKIN
MITCHELL E. PAK
MICHAEL J. PEARSALL
GREGORY P. LEWIS

LEON R. KOWALSKI
LAWRENCE SOLSTEIN
BARRY N. GREENBERG
EVELINA LUZHANSKY
MARC SILVERSTEIN
CLARE M. LUBINER
CHRISTOPHER MURRAY
SCOTT C. PEREZ
LEONORA BLOOM
ROBERT M. MICHELL
VICTOR N. DE GEORGE
CHRISTOPHER KOLB
JOSEPH HOROWITZ
WILLIAM N. DEVITO
BRADLEY J. CORSAIR

February 11, 2008

**VIA ECF ONLY**
The Hon. Barbara S. Jones
United States District Court
Daniel P. Moynihan U.S. Courthouse
Room 620
500 pearl Street
New York, New York 10007-1312

Re:   <u>David Hemenway v. NCO Financial Systems, Inc. and Kevin Simmons</u>
      Docket No.: 07CV10933
      Our File No.: NYNY-27164

Dear Judge Jones:

This office represents defendant NCO Financial Systems, Inc. in the above-referenced matter. I enclose a stipulation extending my client's time to answer, appear or make any motion up to and including February 21, 2008 for Your Honor's approval.

Your Honor's attention to this matter is appreciated.

Respectfully submitted,

THE LAW OFFICES OF EDWARD GARFINKEL

Kevin Barry McHugh

KBM:DB
Enc.
Cc:   Brent E. Pelton, Esq.
      Plton Serpe, LLP.
      111 Broadway, 9th fl.
      New York, NY 10006
      **VIA ECF ONLY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID HEMENWAY,                 )      Civil Action No. 07cv10933
                                )
         Plaintiff,             )
                                )
    vs.                         )
                                )
NCO FINANCIAL SYSTEMS, INC.     )
and KEVIN SIMMONS, Jointly      )
and Severally                   )
                                )
         Defendants.            )

## STIPULATION OF EXTENSION

TO THE CLERK OF COURT:

It is hereby stipulated between plaintiff and defendant, NCO Financial Systems, Inc., by and through their respective attorneys, that Defendant NCO FINANCIAL SYSTEMS, INC. be permitted an extension until February 21, 2008 to Answer, appear or make any motion with relation to the Complaint in this action. No prior extensions have been sought or granted.

_____
Brent E. Pelton, Esq.
Pelton Serpe LLP
111 Broadway, 9th Floor
New York, New York 10006
Telephone: 212-725-3600
Facsimile: 212-385-4600
pelton@peltonserpe.com

Attorney for Plaintiff

_____
Kevin Barry McHugh (KM5924)
Law Offices of Edward Garfinkel
110 Williams Street, 17th Floor
New York, New York 10038
Telephone: 212-809-8000
Facsimile: 212-344-8263

Attorney for Defendants, NCO
Financial Systems, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAVID HEMENWAY, | ) | Civil Action No. 07cv10933 |
| Plaintiff, | ) | |
| vs. | ) | |
| NCO FINANCIAL SYSTEMS, INC. and KEVIN SIMMONS, Jointly and Severally | ) | |
| Defendants. | ) | |

## STIPULATION OF EXTENSION

TO THE CLERK OF COURT:

It is hereby stipulated between plaintiff and defendant, NCO Financial Systems, Inc., by and through their respective attorneys, that Defendant NCO FINANCIAL SYSTEMS, INC. be permitted an extension until February 21, 2008 to Answer, appear or make any motion with relation to the Complaint in this action. No prior extensions have been sought or granted.

_____
Brent E. Pelton, Esq.
Pelton Serpe LLP
111 Broadway, 9th Floor
New York, New York 10006
Telephone: 212-725-3600
Facsimile: 212-385-4600
pelton@peltonserpe.com

Attorney for Plaintiff

_____
Kevin Barry McHugh (KM5924)
Law Offices of Edward Garfinkel
110 Williams Street, 12th Floor
New York, New York 10038
Telephone: 212-809-8000
Facsimile: 212-344-8263

Attorney for Defendants, NCO
Financial Systems, Inc.