Jones/s

Brent E. Pelton, Esq.
PELTON SERPE, LLP
111 Broadway, 9th Floor
New York, New York 10006
(Phone)(212) 725-3600; (Fax)(212) 385-4600
pelton@peltonserpe.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DAVID HEMENWAY,

      Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC. and
KEVIN SIMMONS, Jointly and Severally,

      Defendants.
-----------------------------------------------------------x

ECF
2007 Civ. 10933 (BSJ)

STIPULATION OF DISMISSAL
WITH PREJUDICE

  PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), plaintiff, David Hemenway, appearing herein through undersigned counsel, hereby dismisses the above-numbered and captioned matter, with prejudice.

Dated: New York, New York

  July __, 2008.

Respectfully submitted,

PELTON SERPE LLP
Attorneys for the Plaintiff

/s/Brent E. Pelton

Brent E. Pelton, Esq. (BP-1055)
111 Broadway, 9th Floor
New York, New York 10006
(212) 725-3600

[signature]
U.S.D.J.
7/15/08